MEMO ENDORSED

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SOCIAL POSITIONING INPUT SYSTEMS, LLC<br><br>Plaintiff,<br><br>vs.<br><br>BRICKHOUSE ELECTRONICS, LLC<br><br>Defendant. | Case No: 1:20-cv-06433-KPF<br><br>PATENT CASE |

## JOINT MOTION TO STAY ALL DEADLINES

Now comes Plaintiff, Social Positioning Input Systems, LLC and Defendant Brickhouse Electronics, LLC, by and through undersigned counsel hereby request the court to stay all current deadlines for 30 days. The parties have reached an agreement in principal that will resolve the matter between them. The parties need additional time to finalize the agreement. Accordingly, the parties file this joint motion for a stay of all pending deadlines for 30 days, until and including February 4, 2021. This stay is not sought for the purpose of delay but so that justice may be served.

Dated:  January 5, 2021                                              Respectfully submitted,

                                                                                                **KIZZIA JOHNSON PLLC**

                                                                                                */s/Jay Johnson*
                                                                                                **Jay Johnson**
                                                                                                1910 Pacific Avenue, Suite 13000
                                                                                                Dallas, Texas 75201
                                                                                                Phone: (214) 451 -0164
                                                                                                Facsimile: (214) 451-0165
                                                                                                jay@kjpllc.com

                                                                             **ATTORNEY FOR PLAINTIFF**

                                                                             */s/Rebekah Raye Conroy*
                                                                             **Rebekah Raye Conroy**

Stone Conroy LLC<br>
25A Hanover Rd.<br>
Suite 301<br>
Florham Park, New Jersey 07932<br>
(973)-400-4181<br>
Email: rconroy@stoneconroy.com

**ATTORNEY FOR DEFENDANT**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true copy of the foregoing was filed electronically and served by operation of the Court's electronic filing system on January 5, 2021. Parties may access the foregoing through the Court's system.

/s/Jay Johnson
Jay Johnson

---

```
The Court is in receipt of the above joint motion from the parties (Dkt.
#20).  Application GRANTED.  All deadlines and conferences are hereby
adjourned.  Furthermore, the Court ORDERS that this action be
conditionally discontinued without prejudice and without costs; provided,
however, that on or before February 4, 2021, the parties may submit to the
Court their own Stipulation of Settlement and Dismissal for the Court to
So Order.  Otherwise, within such time Plaintiff may apply by letter for
restoration of the action to the active calendar of the Court in the event
that the settlement is not consummated.  Upon such application for
reinstatement, the parties shall continue to be subject to the Court's
jurisdiction, the Court shall promptly reinstate the action to its active
docket, and the parties shall be directed to appear before the Court,
without the necessity of additional process, on a date within ten (10)
days of the application, to schedule remaining pretrial proceedings and/or
dispositive motions, as appropriate.  This Order shall be deemed a final
discontinuance of the action with prejudice in the event that Plaintiff
has not requested restoration of the case to the active calendar on or
before February 4, 2021.

The Clerk of Court is directed to terminate all pending motions, adjourn
all remaining dates, and close this case.
```

SO ORDERED.

Dated: January 6, 2021
New York, New York

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE